USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ANDREW CURRY,                                                        07 CV 7158 (DLC)

                          Plaintiff,

        -against-                                                    **STIPULATION**

VOLT INFORMATION SCIENCES, INC. and
VOLT TELECOMMUNICATIONS GROUP, INC.,

                          Defendants.

--------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys for the plaintiff and the attorneys for defendants Volt Information Sciences, Inc. and

Volt Telecommunications Group, Inc. (collectively, the "Defendants"), that Defendants' time

to answer, move against or otherwise respond to the complaint is extended to and through

October 2, 2007.

        This Stipulation may be executed in counterparts, or by counterpart signature pages,

which when taken together shall be one Stipulation.

Dated: New York, New York
       September 5, 2007

BERANBAUM MENKEN                                     TROUTMAN SANDERS LLP
BEN-ASHER & BIERMAN LLP

By: _____                          By: _____
     Jonathan Ben-Asher, Esq.                              Sharon H. Stern, Esq.
     *Attorneys for Plaintiff*                             *Attorneys for Defendants*
     80 Pine Street, 32nd Floor                            405 Lexington Avenue
     New York, New York 10005                              New York, New York 10174
     (212) 768-6700                                        (212) 704-6000

                          **SO ORDERED:**

                          _____
                          U.S.D.J.
                          Oct. 2, 2007