UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW CURRY,

                Plaintiff,                      Civil Action No. 07 CV 7158 (DC)

   -against-                             **RULE 7.1 STATEMENT**

VOLT INFORMATION SCIENCES, INC. and
VOLT TELECOMMUNICATIONS GROUP, INC.,

                Defendants.
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Volt Information Sciences, Inc. ("VIS") and Volt Telecommunications Group, Inc. ("VTG") certifies that VIS is a publicly held corporation, and that VTG is a wholly owned non-public subsidiary of VIS and that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held other than VIS.

Dated: New York, New York
         October 2, 2007

                                              TROUTMAN SANDERS LLP

                                              By: _____
                                              Sharon H. Stern (SHS-3788)
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 704-6000
                                              *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW CURRY,

                    Plaintiff,           Civil Action No. 07 CV 7158 (DC)

   -against-                       **AFFIDAVIT OF SERVICE**

VOLT INFORMATION SCIENCES, INC. and
VOLT TELECOMMUNICATIONS GROUP, INC.,

                    Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

        I, **WENDY ISBISTER,** being duly sworn, state:

        I am not a party to the action; am over eighteen (18) years of age; and reside in Pawling, New York.

        On **October 2, 2007,** I served a copy of a **Rule 7.1 Statement,** by depositing a true copy of the same, enclosed in wrapper, via overnight mail under the exclusive care and custody of FedEx, addressed to the following at the last know addresses set forth below:

To:    Jonathan Ben-Asher, Esq.
        Beranbaum Menken Ben-Asher & Bierman LLP
        80 Pine Street, 32nd Floor
        New York, New York 10005

                                                                _/s/ Wendy L. Isbister_
                                                                Wendy L. Isbister

Sworn to before me this
2nd day of October, 2007

_/s/ Lucille Ortiz_
Notary Public

LUCILLE ORTIZ
NOTARY PUBLIC, State of New York
No. 01OR4722675
Qualified in Nassau County
Commission Expires Feb. 28, 2011