# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

**MEMO ENDORSED**

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Sharon H. Stern
sharon.stern@troutmansanders.com

Direct Dial: 212-704-6068
Fax:         212-704-6288

November 19, 2007



**BY FEDERAL EXPRESS**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

Re:  *Andrew Curry v. Volt Information Sciences, Inc. and Volt Telecommunications Group, Inc.*, United States District Court, Southern District of New York; 07 CV 7158 (DC)

Dear Judge Cote:

We are counsel for defendants in the above-referenced action in which plaintiff asserts allegations of discriminatory employment practices in violation of Section 806 of the Corporate and Criminal Fraud Accountability Act of 2002, Title VII of the Sarbanes-Oxley Act of 2002.

We write to respectfully request an adjournment of the Initial Pre-Trial Conference scheduled for November 30, 2007 at 3:00 p.m. The ground for the request is that defendants filed a motion on November 9, 2007 to stay this litigation and to compel arbitration of plaintiff's claims because plaintiff agreed to arbitrate his claims (the "Arbitration Motion"). Briefing has not yet been completed on the motion.

For purposes of economy and expedience, we request that the conference be held in abeyance pending determination of the Arbitration Motion and be rescheduled only in the event that the motion is not granted.

We have conferred with plaintiff's counsel, Mr. Ben-Asher, about this request for adjournment and he has consented to the request.

Respectfully submitted,

Sharon H. Stern

*The conference is adjourned sine die.*

*Denise Cote*
*November 20, 2007*

cc:  Jonathan Ben-Asher, Esq.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.