# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

JONATHAN BEN-ASHER
JOHN A. BERANBAUM°
MARK H. BIERMAN
BRUCE E. MENKEN

JASON J. ROZGER ᴬ
TODD A. KRICHMAR
KRISTEN E. FINLON

STEPHEN H. PALITZ
OF COUNSEL

° ALSO ADMITTED NJ, PA
ᴬ ALSO ADMITTED NJ

**MEMO ENDORSED**

November 27, 2007

**BY HAND DELIVERY**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007


RECEIVED
NOV 27 2007
CHAMBERS OF
DENISE COTE

RE: *Curry v. Volt Information Sciences, Inc., et al*, 07 Civ. 7158

Dear Judge Cote:

This firm represents the plaintiff in the above matter. Due to scheduling difficulties presented by deadlines in other cases, I am writing to request an extension of time for the plaintiff to respond to the defendants' motion, filed on November 9, 2007, to compel arbitration in this case. This is the plaintiff's first request for an extension of time.

We propose that the plaintiff's response to the motion be due on Friday, December 14, 2007, and that the defendants' reply brief be due on Friday, January 4, 2007. Counsel for the defendants, Sharon H. Stern, has consented to this schedule.

Please do not hesitate to contact me if there is any other information I can provide.

Very truly yours,

Kristen E. Finlon

CC: Sharon H. Stern, Esq.
By PDF

Granted. Denise Cote
Nov. 28, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07