# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

JONATHAN BEN-ASHER
JOHN A. BERANBAUM°
MARK H. BIERMAN
BRUCE E. MENKEN

JASON J. ROZGER ᴬ
TODD A. KRICHMAR
KRISTEN E. FINLON

STEPHEN H. PALITZ
OF COUNSEL

° ALSO ADMITTED NJ  PA
ᴬ ALSO ADMITTED NJ

**MEMO ENDORSED**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/07

December 11, 2007

**BY HAND DELIVERY**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

RECEIVED
DEC 11 2007
CHAMBERS OF
DENISE COTE

RE:   *Curry v. Volt Information Sciences, Inc., et al*, 07 Civ. 7158

Dear Judge Cote:

This firm represents the plaintiff, Andrew Curry, in the above matter.

I am writing (via our associate, Kristen Finlon) to request a revision in the briefing schedule for defendant's motion to compel arbitration. I have had to be out of the office for a family medical emergency much of this and last week, and expect to have to continue my absence. (My 91 year old father has been hospitalized with very serious heart problems.)

Counsel for defendant has consented to a proposed schedule under which plaintiff's opposition papers (currently due December 14) will be due on January 11, 2008, and defendant's reply will be due on January 23, 2008.

I would greatly appreciate the Court's help on this request, and hope the proposed schedule is acceptable. Thank you for your attention.

Granted-
Denise Cote
December 11, 2007

Respectfully,

Jonathan Ben-Asher /KEF
Jonathan Ben-Asher

CC:   Sharon H. Stern, Esq. (via email)