## BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

**MEMO ENDORSED**



January 24, 2008

**BY HAND DELIVERY**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

RE:  *Curry v. Volt Information Sciences, Inc., et al*, 07 Civ. 7158

Dear Judge Cote:

This firm represents the plaintiff, Andrew Curry, in the above matter. I am writing to request leave to submit a letter in response to the defendants' reply memorandum of law in support of their motion to compel arbitration, filed in this action on January 23. Plaintiff would like to respond to arguments made in Point I of the defendants' reply memorandum, which were not raised in their original motion papers, as well as to rebut defendants' arguments in Point II of their memorandum.

Thank you for your consideration.

Respectfully submitted,

Kristen E. Finlon

CC: Sharon H. Stern, Esq. (by fax)

*Counsel will be advised if a sur-reply will be accepted.*

*Denise Cote*
*January 25, 2008*